UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER JEWELL,<br><br>                      Plaintiff,<br><br>     v.<br><br>SGT. DANIEL MULLIGAN, *et al.*,<br><br>                      Defendants. | No. 22-CV-2693 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

The Parties' Motions in Limine are denied without prejudice as prematurely filed. The Clerk of Court is respectfully directed to terminate the pending Motions. (*See* Dkt. Nos. 43, 49.)

In addition, the Parties are directed to file a joint status update by no later than April 12, 2024.

SO ORDERED.

Dated:    March 28, 2024
             White Plains, New York

                                              KENNETH M. KARAS
                                             United States District Judge