UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER JEWELL,

*Plaintiff*,

v.

DANIEL MULLIGAN, et al.

*Defendants*.

Case No. 22-CV-2693 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record at the Final Pretrial Conference in this case, and subject to the dispositions described during that Conference, Plaintiff's Motion in Limine is denied in part and granted in part, and Defendant's Motion in Limine is denied in part and granted in part.

The Clerk of Court is respectfully directed to terminate the Motion pending at Docket Number 66.

SO ORDERED.

DATED:    January 30, 2026
          White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE