UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER JEWELL,

                              Plaintiff,                    Case No. 7:22-cv-2693

                    v.                                      Honorable Kenneth M. Karas
                                                            United States District Judge
SERGEANT DANIEL MULLIGAN,
C.O. PETER LINK,
and SERGEANT MICHEL BLOT,

                              Defendants.

## ORDER ENTERING JUDGMENT FOLLOWING JURY VERDICT

A jury trial was held before the Hon. Kenneth M. Karas, United States District Judge. On February 5, 2026, the jury found in favor of the Defendants Daniel Mulligan, Peter Link, and Michel Blot on all submitted claims, specifically:

1. Plaintiff's Excessive Force in violation of the Eighth Amendment claim against Defendant Daniel Mulligan;

2. Plaintiff's Excessive Force in violation of the Eighth Amendment claim against Defendant Peter Link;

3. Plaintiff's Failure to Intervene in violation of the Eighth Amendment claim against Defendant Daniel Mulligan;

4. Plaintiff's Failure to Intervene in violation of the Eighth Amendment claim against Defendant Michel Blot.

In accordance with the jury's verdict, it is hereby:

**ORDERED, ADJUDGED, AND DECREED:**

Judgment is entered in favor of Defendants Danile Mulligan, Peter Link, and Michel Blot on all claims asserted in the Complaint; and it is further

ORDERED that Plaintiff shall take nothing by way of the Complaint, and all claims are dismissed with prejudice; and it is further

**ORDERED** that pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure, Defendants, as the prevailing parties, are entitled to recover taxable costs. Any Bill of Costs shall be filed in accordance tith the Federal Rules of Civil Procedure and the Local Rules of this Corut; and it is further

1

ORDERED that the Clerk of Court is respectfully directed to enter judgment accordingly and close this case.

SO ORDERED.

Dated: White Plains, New York
~~February~~ , ~~2026~~
3/2/26

KENNETH M. KARAS
United States District Judge