UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ALEXANDER JEWELL,                               :
                                                :
                          Plaintiff,            :
                                                :        **JUDGMENT**
         -against-                              :
                                                :        22 CV 2693 (KMK)(VR)
SGT. DANIEL MULLIGAN, C.O. PETER                :
LINK, and SGT. MICHEL BLOT,                     :
                                                :
                          Defendants.           :
                                                :
                                                :
------------------------------------x

It is hereby **ORDERED, ADJUDGED AND DECREED**: That after a Jury Trial

before the Honorable Kenneth M. Karas, United States District Judge, the jury having returned a

verdict in favor of Defendants, the Complaint is hereby dismissed.


**Dated**: White Plains, New York
        ~~February 27, 2026~~
        March 2, 2026


                                        **TAMMI M. HELLWIG**
                                        _____
                                        **Clerk of Court**


SO ORDERED:                             BY:
_____         _____
U.S.D.J.                                **Deputy Clerk**